UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID OWENS HOOPER, | ) | |
| Plaintiff, | ) | 3:10-cv-00565-HDM-VPC |
| vs. | ) | |
| DOUGLAS, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

This is a *pro se* civil rights action. By order dated September 22, 2010, the court directed plaintiff to submit the $350.00 filing fee within thirty (30) days (docket #3). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has failed to pay the filing fee. Accordingly, this entire action will be dismissed for failure to comply with the court's order. The court notes that in its preliminary review of the motions plaintiff has filed in this action, such motions are delusional and factually frivolous.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to pay the filing fee.

1  **IT IS FURTHER ORDERED** that the following motions: motion to abey and or dismiss
2  (docket #4); motion to alter or amend court order (docket #5); and application to proceed *in forma*
3  *pauperis* (docket #6) are **DENIED**.
4  **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly
5  and close this case.

7  DATED this 15th day of November, 2010.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE