AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF  NEVADA

DAVID OWENS HOOPER,

       Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:10-cv-00565-HDM-VPC**

DOUGLAS, et al.,

       Defendants.

\_\_\_\_       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_       **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**       **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this Court's Order (Document No. 3) directing payment of the filing fee.

   November 15, 2010                               **LANCE S. WILSON**
                                                                     Clerk

                                                          /s/ Katie Lynn Ogden
                                                             Deputy Clerk